Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHOK RAJU ERRAM,<br><br>Plaintiff,<br>v.<br><br>MARCO RUBIO, et al.,<br><br>Defendants. | Case No. 2:26-CV-00441-BAT<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>April 13, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendant's Answer to Plaintiffs' Complaint until May 13, 2026.

Plaintiff filed the Complaint on February 6, 2026, and served the U.S. Attorney's Office on February 12, 2026. Defendants' response to the Amended Complaint is due on April 13, 2026. The Parties have agreed to extend the deadline until May 13, 2026, based on progress in Defendants' adjudication of Plaintiff's pending application for immigration benefits. Therefore, the Parties submit there is good cause for a brief extension of Defendant's time to respond to the Amended Complaint and have stipulated to extend that deadline until May 13, 2026.

**SO STIPULATED.**



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED April 13, 2026.

Respectfully submitted,

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

*s/ Jennifer Nimer*
JENNIFER NIMER, WSBA No. 61962
Nimer Law LLC
450 Alaska Way S., Ste. 200
Seattle, WA 98104
Phone: 614-927-0550
Email: jnimer@nimerlaw.com

*Attorney for Plaintiffs*

I certify that this memorandum contains 118 words, in compliance with the Local Civil Rules.

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by May 13, 2026.

DATED this 13th day of April, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge